## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| CHALEB ELIJAH POMMELLS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **6:24-CV-470-ADA-DNM** |
| | § | |
| HILL COUNTY, TEXAS, et al., | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dan N. MacLemore. Dkt. No. 31. The report and recommendation examined Defendant Hill County, Texas, and Defendant David Holmes's Motion to Dismiss Plaintiff Chaleb Elijah Pommells's Second Amended Complaint (Dkt. No. 22) and recommended that the undersigned **GRANT** the motion. Judge MacLemore issued the report and recommendation on May 26, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge MacLemore's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 31) is **ADOPTED**.

Defendants Hill County and David Holmes' Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) (Dkt. No. 22) is **GRANTED.**

Plaintiff's Second Amended Complaint is **DISMISSED** in its entirety.

**SIGNED** on July 1 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE